1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                       EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| HENDRICK BLOCK, | Case No. 1:22-cv-00597-ADA-EPG |
| Plaintiff, | ORDER VACATING OCTOBER 28, 2022 HEARING, REQUIRING SUPPLEMENT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |
| v. | |
| KASHMIRA SINGH NARWAL, et al., | (ECF No. 12) |
| Defendants. | |

This matter is before the Court on Plaintiff Hendrik Block's motion for default judgment in this action brought, in part, under the American with Disabilities Act, alleging that Defendants denied Plaintiff use of the goods, services, facilities, privileges and accommodations offered at a Facility owned, operated, and/or leased by Defendants during Plaintiff's visit. (ECF No. 2). Upon review of the motion, the Court will vacate the hearing set for October 28, 2022, and will require a supplemental filing.

In reviewing a motion for default judgment, one of the factors a court considers is "the merits of plaintiff's substantive claim." *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). To prevail on an ADA discrimination claim, a plaintiff must show, among other things, that "the defendant is a private entity that owns, leases, or operates a place of public accommodation." *Molski v. M.J. Cable, Inc.*, 481 F.3d 724, 730 (9th Cir. 2007). Here, the Facility is identified as Scotty's Liquor at 2206 N. Blackstone Avenue, Fresno, California. (ECF No. 1, p. 1). On this

1

1   point, Plaintiff's motion for default judgment argues that "Defendants own and/or operate the

2   Facility (Compl., ¶ 7), as evidenced by the Grant Deed (Declaration of Tanya E. Moore, filed

3   herewith ("Moore Decl."), ¶ 15, Exhibit E) and Alcoholic Beverage Control license detail report

4   (Moore Decl., ¶ 18, Ex. H)." (ECF No. 12-1, p. 6).

5          Turning to the cited declaration of Attorney Tanya E. Moore, paragraph 15 states as

6   follows:

7          Attached hereto as Exhibit E is a true and correct copy of the Grant Deed for the
           Facility, reflecting that Defendant, Louis A. Gomez, Trustee of the Louis A.
8          Gomez and Lydia A. Gomez Revocable Living Trust, date May 4, 2007-Residual
           Trust, owns the real property on which the Facility is located.
9

10  (ECF No. 12-2, p. 3). The attached Exhibit E purports to be a grant deed to Defendant Louis A.

11  Gomez, as trustee of the Louis A. Gomez and Lydia A. Gomez revocable living trust, of property

12  located at "2206 N. Blackstone Ave." (ECF No. 12-3 p. 14). However, this document does not

13  include any mention of the two other Defendants in this matter, Kashmira Singh Narwal and

14  Jaswinder Singh Sidhu.

15         Turning to paragraph 18 of the declaration, it states as follows: "Attached hereto as

16  Exhibit H is a true and correct copy of a California Department of Alcoholic Beverage Control

17  license detail report indicating that the liquor license for the Facility is held by Kashmira Singh

18  Narwal and Jaswinder Singh Sidhu." (ECF No. 12-2, p. 4). However, no Exhibit H is attached to

19  the declaration. Moreover, Plaintiff's motion fails to otherwise explain how Defendants Kashmira

20  Singh Narwal and Jaswinder Singh Sidhu "own and/or operate the Facility" as Plaintiff alleges.

21         Based on the foregoing, IT IS ORDERED as follows:

22         1.     The hearing set for October 28, 2022 (ECF No. 13) is vacated;

23         2.     Plaintiff shall have until November 7, 2022, to file a supplement in support of

24  Plaintiff's motion for default judgment, providing all evidence and argument in support of

25  Plaintiff's allegation that Defendants Kashmira Singh Narwal and Jaswinder Singh Sidhu "own

26  and/or operate the Facility" at issue in this action.

27  \\\

28  \\\

1    3.    After reviewing the supplement, the Court will reset the hearing if it believes one

2    would be beneficial.

3

4    IT IS SO ORDERED.

5    Dated:   **October 24, 2022**                     /s/ *Erica P. Grosjean*

6                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28