UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRICK BLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KASHMIRA SINGH NARWAL, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00597-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, IN PART<br><br>(ECF Nos. 12, 16) |

Plaintiff Hendrik Block ("Plaintiff") moves for default judgment against Defendants Kashmira Singh Narwal, Jaswinder Singh Sidhu, and Louis A. Gomez, Trustee of the Louis A. Gomez and Lydia A. Gomez Revocable Living Trust for claimed violations of the Americans with Disabilities Act and California's Unruh Civil Rights Act. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(19).

On December 6, 2022, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's motion for default judgment be granted, in part. (ECF No. 16). The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. Plaintiff filed no objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court

1

finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The December 6, 2022 findings and recommendations, (ECF No. 16), are adopted in full;

2. Plaintiff's motion for default judgment, (ECF No. 12), is GRANTED, in part, as specified below:

   a. The Court declares that Defendants violated Title III of the Americans with Disabilities Act, for the purposes of California Unruh Civil Rights Act damages.

   b. The Clerk shall enter judgment in favor of Plaintiff Hendrick Block and against Defendants Kashmira Singh Narwal, Jaswinder Singh Sidhu, and Louis A. Gomez, Trustee of the Louis A. Gomez and Lydia A. Gomez Revocable Living Trust.

   c. Defendants Kashmira Singh Narwal, Jaswinder Singh Sidhu, and Louis A. Gomez, Trustee of the Louis A. Gomez and Lydia A. Gomez Revocable Living Trust, are directed, within six (6) months of the entry of this order, to make the real property known as Scotty's Liquor, located at 2206 N. Blackstone Avenue in Fresno, California, accessible to Plaintiff by making the following modifications to the property such that each item is brought into compliance with the accessibility requirements of the Americans with Disabilities Act and California Code of Regulations, Title 24, as follows:

      i. Provide proper signage and pavement markings to identify the designated accessible parking and access aisle;

      ii. Provide a properly configured threshold at the store's entrance and maintain proper clear level maneuvering clearances at the door; and

      iii. Provide a properly configured accessible transaction counter, or, alternatively, an auxiliary surface.

   d. Plaintiff is awarded statutory damages under the California Unruh Civil Rights Act in the amount of $4,000.00, payable by Defendants Kashmira Singh Narwal, Jaswinder Singh Sidhu, and Louis A. Gomez, Trustee of the Louis A. Gomez and

                Lydia A. Gomez Revocable Living Trust, jointly and severally, to the Moore Law Firm, P.C. Trust Account, which shall be delivered to the Moore Law Firm, P.C., 300 South First Street, Suite 342, San Jose, California 95113, within thirty (30) days of the entry of this order.

        e. Plaintiff is awarded attorneys' fees of $1,522.00 plus an additional $936.03 in costs, payable by Defendants Kashmira Singh Narwal, Jaswinder Singh Sidhu, and Louis A. Gomez, Trustee of the Louis A. Gomez and Lydia A. Gomez Revocable Living Trust, jointly and severally, to the Moore Law Firm, P.C. Trust Account, which shall be delivered to the Moore Law Firm, P.C., 300 South First Street, Suite 342, San Jose, California 95113, within thirty (30) days of entry of this order;

3. Plaintiff's motion for default judgment, (ECF No. 12), is DENIED in all other respects;

4. The Clerk of Court is directed to close this case; and

5. Plaintiff is ordered to mail a copy of this order to each of the Defendants at that Defendant's last known address.

IT IS SO ORDERED.

Dated:   February 14, 2023                                     

UNITED STATES DISTRICT JUDGE

3