UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRICK BLOCK, | Case No. 1:22-cv-00597-ADA-EPG |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE, AND CLERK TO ENTER, CORRECTED ABSTRACT OF JUDGMENT |
| v. | |
| KASHMIRA SINGH NARWAL, et al., | (ECF No. 22) |
| Defendants. | |

On March 29, 2023, the Clerk entered an abstract of judgment as requested by Plaintiff. (ECF Nos. 21, 22). The abstract lists the total judgment amount as $2,485.03. However, the total awarded was a different amount, $2,458.03 based on the $1,522 award of attorney fees and $936.03 award of costs. (ECF No. 18, p. 3). It appears that, in requesting $2,485.03, Plaintiff made an error or oversight, switching the "8" and "5."

Federal Rule of Civil Procedure 60(a) provides as follows: "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice."

\\\

\\\

\\\

1

Based on the apparent clerical mistake or oversight, IT IS ORDERED that Plaintiff shall file a corrected abstract of judgment, listing the total judgment as $2,458.03, by no later than April 7, 2023. Thereafter, the Clerk of Court shall enter the corrected abstract of judgment.

IT IS SO ORDERED.

Dated:   **March 31, 2023**                    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE